UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 14-26175 |
| Alan M. & Sherri L. Dodge, ) | |
| ) | Honorable Janet S. Baer |
| ) | (Geneva) |
| Debtor. ) | Hearing Date: February 10, 2017 |
| ) | Hearing Time: 10:45 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:   Estate

Date of Order Authorizing
Employment:                 March 27, 2015

Period for Which
Compensation is sought:     March 27, 2015 to Close of Case

Amount of Fees sought:      $1,489.09

Amount of Expense
Reimbursement sought:       $4.00

This is an:    Interim Application __        Final Application  _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $0.00  .

Dated:  January 19, 2017           Elizabeth C. Berg, Trustee of the Estate of
                                   Alan M. & Sherri L. Dodge, Debtors

                                   By:   /s/Elizabeth C. Berg, Trustee
                                         Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-26175 |
| Alan M. & Sherri L. Dodge, | ) | Honorable Janet S. Baer |
| | ) | (Geneva) |
| Debtors. | ) | Hearing Date: February 10, 2017 |
| | ) | Hearing Time: 10:45 a.m. |

**Application for Allowance and Payment of Final Compensation
And Expense Reimbursement of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Alan M. and Sherri L. Dodge, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of (1) $1,489.09 as final compensation for services rendered as trustee in this case from March 27, 2015 through the close of this case; and 2) $4.00 for reimbursement of actual expenses incurred during the same period. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on July 16, 2014 by the filing of a voluntary petition for relief under chapter 13 of the Bankruptcy Code. Thereafter, on March 27, 2015, the Debtors voluntarily converted the case to one under chapter 7.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The asset of value in this Estate consisted of the Debtors' interest in real estate located at Lot 1432, Woodsmoke Ranch, Seneca, Illinois which contains a mobile home (the "Property").

4. The bar date for filing non-governmental and governmental claims in this case was August 28, 2015.

**Prior Compensation and Expense Reimbursement**

5.  This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.  Trustee has not previously received or been promised any payments for services rendered or to be rendered or expenses incurred in this case.

**Services Rendered by Trustee**

7.  Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

   A.  Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities; the Debtor's Statements of Financial Affairs; and conducted an examination of the Debtor pursuant to Section 341 of the Code;

   B.  Trustee research and analyzed the value of the Debtors' Property and a potential sale of the Property. Trustee negotiated with the Debtors to potentially sell the property back to the Debtors. After the Debtors advised they didn't have the funds to purchase the property, Trustee began taking steps towards listing the property for sale.

   C.  During the Trustee's negotiations with the Debtors, the Trustee learned that an inheritance was due and owing to the Joint Debtor, Mrs. Dodge. The Trustee investigated the inheritance and determined the estate had no interest in the inheritance as it had accrued post-petition. The Trustee reopened negotiations with the Debtors to purchase the Property and the Trustee came to an agreement to sell the Property back to the Debtors for the purchase price of $10,000.00.

D. During the Trustee's review of claims, she determined that Claim No. 2 filed by Fifth Third Mortgage Company was not secured by property of the Estate. The Trustee then prepared and presented a Motion to Determine the Value of Secured Claim No. 2 at Zero.

E. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

F. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

G. Trustee examined, analyzed and verified proofs of claim filed against the Estate including the validity of a claim filed against the Estate; and

H. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

## Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $10,000.00 on behalf of the Estate. Trustee has made $0.00 in disbursements in this case as of the date hereof.

9. Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

## Compensation Requested

10. During the period covered by this Application, Trustee spent 26.60 hours rendering services on behalf of this Estate with a value of $6,536.00. Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11 The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $1,489.09 as follows:

3

|  |  |
|---|---|
| 25% of the first $ 5,000.00 | $1,250.00 |
| 10% of the next $2,434.34 | $  239.09 |
| Total allowable compensation | $1,489.09 |

12.     Based upon the caliber of the services rendered by Trustee, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $1,489.09. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

### Request for Reimbursement of Expenses

13.     In connection with the services rendered herein, Trustee has incurred actual and necessary expenses in the amount of $4.00 for which she requests reimbursement. The expenses incurred were on account of the costs and service for the Trustee's Notice of Final Report to be served upon the Debtor and the creditors who filed claims. An itemization of the actual expenses is included within the billing statement attached hereto as Exhibit A.

14.     After payment of the Estate's administrative expenses, as requested, Trustee anticipates that there will be funds available to make a distribution to general unsecured creditors.

15.     An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

16.     Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

17.     The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18.     Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Alan M. and Sherri L. Dodge, Debtors requests the entry of an order providing the following:

A.    Allowing to Trustee final compensation in the amount of $1,489.09 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from March 27, 2015 through the closing of this case;

B.    Allowing to Trustee reimbursement of expenses in the amount of $4.00 for actual and necessary expenses incurred in the performance of services rendered to the Trustee in this case;

C.    Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

D.    For such other and further relief as this Court deems appropriate.

Dated: January 18, 2017                Elizabeth C. Berg, as trustee of the estate of
                                              Alan M. & Sherri L. Dodge, debtors

                                              By: _____/s/ Elizabeth C. Berg, as Trustee_____
                                                      Elizabeth C. Berg

Elizabeth C. Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
(312) 726-8150

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

December 29, 2016
Invoice No:    02804

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**    *Dodge - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 5/18/2015 | ECB | Review notes from 341 meeting regarding Seneca IL recreational property (.2) Review schedules (.1) TC Woodsmoke Ranch (.1) TC debtor's counsel for additional information regarding lot (.1) Research comparable properties (.5) | 1.00 $325.00/ hr | $325.00 |
| 5/19/2015 | ECB | Exchange emails with RKP re prior sales experience with Woodsmoke Ranch properties | 0.20 $325.00/ hr | $65.00 |
| 5/20/2015 | ECB | TC to Woodsmoke Ranch Management office (.1) and broker Sharon Tomolei (.3) regarding potential value and listing of Lot 1432; Correspondence to broker regarding estate's interest in property, initial inspection and intent to sell (.3) Email to Debtors' counsel to request access to Property (.1) | 0.80 $325.00/ hr | $260.00 |
| 5/21/2015 | ECB | Review correspondence (.1) Review terms of exclusive listing agreement (.2) received from Sharon Tolomei; Memo to file re changes to exclusive listing agreement (.1) Email to RKP re prep of motion to hire broker (.1) | 0.50 $325.00/ hr | $162.50 |
| 5/21/2015 | ECB | Review email from D's counsel re keys and prep email to Broker to arrange inspection of property | 0.20 $325.00/ hr | $65.00 |
| 5/21/2015 | ECB | Place call to probate counsel Dan Parsons regarding BK Estate interest in decedent's estate for debtor's parent | 0.10 $325.00/ hr | $32.50 |

**Baldi Berg, Ltd**　　　　　　　　　　　　　　　　　　　　　　　　　12/29/2016

Dodge - Trustee Matters　　　　　　　　　　　　　　　　　　　　　　Page   2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 5/27/2015 | ECB | Check docket re chapter 13 history (.1) review and revise atty and acct retention motions (.2) | 0.30<br>$325.00/ hr | $97.50 |
| 5/28/2015 | ECB | File Initial Report of Assets | 0.10<br>$325.00/ hr | $32.50 |
| 5/28/2015 | ECB | Review comps and broker's analysis re suggested listing price | 0.20<br>$325.00/ hr | $65.00 |
| 5/28/2015 | ECB | Review docket & confirm date of original petition (.1) Review section 541 ( a)(5) and analyze whether inheritance is property of estate (.1) Correspondence to D's counsel to confirm name and date of death of debtor's parent (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 5/29/2015 | ECB | Correspondence to Debtors' counsel and extend offer to Debtors to negotiate for purchase of non-exempt portion of Woodsmoke Ranch property from the Estate (.2) Memo to RKP re follow-up with broker Marv Masterson (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 6/03/2015 | ECB | Confirm bar date for claims (.1) Correspondence with Debtor's attorney re proposed agreement for sale of Woodsmoke Ranch property with debtors (.1) Confer with RKP re sale agreement and notification to broker to cancel listing (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 7/06/2015 | ECB | TC with B. Covey to confirm no tornado damage to mobile home and status of prep of motion to sell same back to debtors | 0.10<br>$325.00/ hr | $32.50 |
| 7/08/2015 | ECB | Review and approve Motion to Sell Property back to Debtors | 0.20<br>$325.00/ hr | $65.00 |
| 8/03/2015 | ECB | Memo to RKP re follow-up on approval of sale of Woodsmoke Ranch property back to debtors | 0.20<br>$325.00/ hr | $65.00 |
| 8/04/2015 | ECB | TC with atty July Thompson re short sale of Dodge residence | 0.10<br>$325.00/ hr | $32.50 |
| 9/24/2015 | ECB | Review correspondence from Debtors' counsel regarding delay in distribution from probate estate (.1) Review schedules and paystubs re Debtors' disposable income (.1) Correspondence to D's counsel re payment plan (.2) | 0.40<br>$325.00/ hr | $130.00 |

**Baldi Berg, Ltd**             12/29/2016

Dodge - Trustee Matters        Page 3

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 10/09/2015 | RKP | Review case file for information needed to prepare TIR (.2); update case information as needed for TIR (.3) | 0.50<br>$195.00/ hr | $97.50 |
| 10/11/2015 | RKP | Prepare Forms 1 and 2 for review by E. Berg | 0.30<br>$195.00/ hr | $58.50 |
| 10/21/2015 | JMM | Request EIN from IRS (.1), Open new bank account in TCMS (.1), Deposit Check into TCMS (.1), Prepare FedEx Label and deliver check to FedEx (.2) | 0.50<br>$185.00/ hr | $92.50 |
| 10/23/2015 | RKP | Finalize TIR-Forms 1, 2, 3 (.1); prepare for submission to UST and to efile (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 11/17/2015 | JMM | Deposit installment check into TCMS (.1), Deposit check with bank via scanner (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 12/03/2015 | ECB | Open and review Oct 15 Bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 12/03/2015 | JMM | Process October 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 12/10/2015 | ECB | Open and approve November 2015 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 12/10/2015 | JMM | Process November 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 1/07/2016 | ECB | Open and review Dec 15 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 1/08/2016 | JMM | Process December 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 1/25/2016 | ECB | Perform TR quarterly case review; confer with JDL re followup on installment payments | 0.10<br>$325.00/ hr | $32.50 |
| 2/08/2016 | ECB | Open and review Jan 16 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/11/2016 | JMM | Process January 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 3/09/2016 | ECB | Open Feb 16 Bank Statements and approve same | 0.10<br>$325.00/ hr | $32.50 |
| 3/10/2016 | JMM | Process February 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 3/17/2016 | JMM | Deposit Check into TCMS (.1), Deposit check with bank via scanner (.1) | 0.20<br>$185.00/ hr | $37.00 |

**Baldi Berg, Ltd**                                                                 12/29/2016

Dodge - Trustee Matters                                                          Page    4

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 4/08/2016 | ECB | Open, review and approve Mar 2016 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 4/12/2016 | JMM | Process March 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 4/20/2016 | ECB | Perform quarterly case review and update TR database re same | 0.10<br>$325.00/ hr | $32.50 |
| 5/09/2016 | ECB | Open, review and approve April 2016 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 5/10/2016 | JMM | Process April 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 6/10/2016 | ECB | Review and approve May 2016 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 6/14/2016 | JMM | Process May 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 6/20/2016 | JMM | Deposit check into TCMS (.1), Deposit check with Bank via scanner (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 6/21/2016 | RKP | Update system information for TIR and conversion | 0.10<br>$195.00/ hr | $19.50 |
| 7/05/2016 | ECB | Process Texas Capital Bank documentation to transfer funds to TR new bank | 0.10<br>$325.00/ hr | $32.50 |
| 7/05/2016 | ECB | Perform 3rd quarter case review for annual reporting requirement for US Trustee office | 0.20<br>$325.00/ hr | $65.00 |
| 7/06/2016 | RKP | Update notes in TCMS as of 3rd quarter review | 0.10<br>$195.00/ hr | $19.50 |
| 7/07/2016 | ECB | Review file; Corres to Ds counsel re payments on trailer | 0.20<br>$325.00/ hr | $65.00 |
| 7/19/2016 | ECB | Open, review and approve June 2016 Associated Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 7/20/2016 | JMM | Deposit Cashier's Check from Associated Bank into IQ7 database (.1), Send check to TCB via scanner (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 7/20/2016 | JMM | Process June 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |

**Baldi Berg, Ltd**                                                                 12/29/2016

Dodge - Trustee Matters                                                    Page     5

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 7/29/2016 | ECB | Open, review and approve final Associated Bank statement for July 201 | 0.20<br>$325.00/ hr | $65.00 |
| 7/29/2016 | JMM | Process July 2016 Bank Transfer of Funds Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 8/10/2016 | ECB | Open, review and approve July 2016 Texas Capital Bk Statement | 0.10<br>$325.00/ hr | $32.50 |
| 8/10/2016 | JMM | Process July 2016 Texas Capital Bank Statement (.1), Reconcile Bank Statement with IQ7 (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 8/11/2016 | ECB | Perform docket review (.2) and claims review (.5) in preparation for case closing; Memo to JMM re resolution of issues with two secured claimants (.3) | 1.00<br>$325.00/ hr | $325.00 |
| 9/14/2016 | ECB | Open and review Aug 2106 bank statement (.1) Review and approve reconciliation (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 9/15/2016 | JMM | Process August 2016 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 10/04/2016 | ECB | Review secured claims of mortgagees, call debtor counsel, review foreclosure status, search recorders site and review deed, corres to title company | 1.00<br>$325.00/ hr | $325.00 |
| 10/04/2016 | JMM | Discuss case and issues with ECB re: closing of case, secured claims by bank, issues with property (.6), Draft email to Old Republic Title re: request for HUD-1 from sale of property (.4) | 1.00<br>$185.00/ hr | $185.00 |
| 10/06/2016 | RKP | Review case and schedules to verify information on forms 1 and 2 (.1); edit system information as necessary for preparation of TIR (.1); prepare updated forms 1 and 2 (.1); email to L. Berg re: administrative claim of debtors' attorney (.1) | 0.40<br>$195.00/ hr | $78.00 |
| 10/11/2016 | ECB | Open, review and approve September 16 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 10/12/2016 | JMM | Process September 2016 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 10/26/2016 | RKP | Final review and edit of forms for TIR (.1); prepare forms for filing (.1); efile and email to UST re: same (.1) | 0.30<br>$195.00/ hr | $58.50 |

**Baldi Berg, Ltd**                                                                      12/29/2016

Dodge - Trustee Matters                                                           Page     6

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/09/2016 | JMM | Draft email to Old Republic Title re: request for copy of HUD-1 to complete our administration of the bankruptcy case (.2) | 0.20<br>$185.00/ hr | $37.00 |
| 12/13/2016 | ECB | Open, review and approve Nov 16 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 12/14/2016 | JMM | Process November 2016 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 12/28/2016 | JMM | Review case file for information needed to prepare TFR and related documents (.4); Review claims and update TR database with information needed to prepare TFR and NFR (.4) | 0.80<br>$185.00/ hr | $148.00 |
| 12/28/2016 | JMM | Draft Trustee Fee Application (1.2); Prepare Coversheet, proposed order and affidavit (.3); Prepare TFR (1.0) and NFR (.4); Review and edit Trustee Final Report Package (.5) | 3.40<br>$185.00/ hr | $629.00 |
| 12/29/2016 | ECB | Review draft TFR, claims exhibit and proposed distribution (.8) Review First Am proof of claim (.1) and TC to bank VP re amount paid off at short sale (.2) Obtain and review HUD-1 for short sale (.1) confer with First AM Bank VP re waiver of deficiency claim and need to withdraw proofs of claim filed in chapter 13 (.2) Prep and file claim withdrawal (.2) Confer with Debtor's counsel's office re resulting surplus case (.2) | 1.80<br>$325.00/ hr | $585.00 |
| 12/29/2016 | JMM | Update TR database to reflect withdrawal of First Am Bank claim (.3) Prepare revised TFR (1.0) Prepare revised Ex. C (.2) and Surplus Worksheet to TFR (.4) Prepare revised NFR (.4) Revise and finalize TR and BB fee apps (1.5) | 3.80<br>$185.00/ hr | $703.00 |

Total Fees    $6,536.00

**Baldi Berg, Ltd**  12/29/2016

Dodge - Trustee Matters   Page 7

## Expenses

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 12/28/2016 | MISC | Service Costs - NFR to Debtors and Creditors with filed claims | 1.00 @ $4.00/each | $4.00 |

| | |
|---|---|
| Total Expenses | $4.00 |
| Total New Charges | $6,540.00 |
| Previous Balance | $0.00 |
| Balance Due | $6,540.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 11.40 | $325.00 |
| Jason M Manola | 13.30 | $185.00 |
| Ricki K Podorovsky | 1.90 | $195.00 |

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Alan M. & Sherri L. Dodge, | ) | Case No. 14-26175 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| Debtors. | ) | (Geneva) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting successor trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services and incurred the expenses set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received for services rendered or expenses incurred in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered or expense reimbursement for expenses incurred in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on December 30th, 2016

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit B**