## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-26175 |
| Alan M. & Sherri L. Dodge, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| | ) | Hearing Date: February 10, 2017 |
| Debtors. | ) | Time: 10:45 a.m. |

### COVER SHEET FOR APPLICATION FOR
### PROFESSIONAL COMPENSATION

Name of Applicant:          Baldi Berg, Ltd.

Authorized to Provide
Professional Services to:   Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                 June 5, 2015

Period for Which
Compensation is sought:     May 29, 2015 to Close of Case

Amount of Fees sought:      $3,562.00

Amount of Expense
Reimbursement sought:       $0.00

This is an:     Interim Application __          Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| | | Total Requested | Total |
|---|---|---|---|
| Date Filed | Period Covered | (Fees & Expenses) | Allowed |

### Not Applicable

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ____-0-__ .

Dated:  January 19, 2017                    Baldi Berg, Ltd.


By: _____/s/Elizabeth C. Berg_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Alan M. & Sherri L. Dodge, | ) | Case No. 14-26175 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Geneva) |
| | ) | Hearing Date: February 10, 2017 |
| | ) | Hearing Time: 10:45 A.M. |

**First Application for Allowance and Payment of Final Compensation
of Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd. ("BB"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate

("Estate") of Alan M. and Sherri L. Dodge, debtors ("Debtors"), pursuant to section 330 of title 11,

United States Code ("Code"), requests this Court to enter an order for the allowance and payment to

BB of $3,562.00 as final compensation for 15.60 hours of legal services rendered to the Trustee

from May 29, 2015 through the close of this case.  In support thereof, BB respectfully states as

follows:

**Introduction**

1.      This case was commenced on July 16, 2014 by the filing of a voluntary petition for

relief under chapter 13 of the Bankruptcy Code. Thereafter, on March 27, 2015, the Debtors

voluntarily converted the case to one under chapter 7.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this

case.

3.      The sole asset of value in this Estate was the Debtor's interest in real estate located

at Lot 1432, Woodsmoke Ranch, Seneca, Illinois which contains a mobile home ("Property").

4.      The bar date for filing claims in this case was August 28, 2015.

**Retention of BB**

5.      On June 5, 2015, the Court entered an ordered authorizing Trustee to employ

Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. as her general counsel in this case.  A copy of

the order authorizing Trustee to retain BB is attached hereto as Exhibit A.  BB has served as counsel for Trustee at all times since its retention.

6.      The professional qualifications and experience of the BB attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who primarily were responsible for representing the Trustee in this case are:

> Elizabeth C. Berg – Partner
> Julia D. Loper -- Associate
> Ricki K. Podorovsky – Paralegal
> Jason M. Manola – Paralegal

### Prior Compensation and Expense Reimbursement Received

7.      This is the first and final application ("Application") for allowance and payment of compensation that BB will file in this case.

### Services Rendered by BB

8.      Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.  The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.      For the Court's convenience, BB has segregated its services into two categories summarized below:

General Administration: The services rendered by BB in connection with this category were in connection with general case administration issues including researching and analyzing the debtor's Property and a potential inheritance due to the Debtors. With the anticipation of administering the Debtor's property, BB prepared an Application to employ BB as the Trustee's

2

Attorneys and also prepared an Application to Employ Lois West and the Accounting Firm Popowcer Katten as the Trustee's accountants. During the investigation into the Debtors' property, the Trustee uncovered an inheritance due to the Joint Debtor. BB communicated with the Debtor's probate attorney and continually requested status updates regarding distribution of the probate estate. BB continued to research the estate's interest in the debtor's inheritance and finally determined the inheritance was not property of the estate. During the Trustee's review and analyzation of the Estate's claims, Trustee advised BB to prepare a Motion to Determine the Value of Secured Claim at Zero for claim no. 2 filed by Fifth Third Mortgage Company. Finally, Baldi Berg prepared this final fee application.

In connection with this category, BB has expended 7.00 hours of services for which the value of the services is $1,643.50.

Sale of Woodsmoke Ranch: The services rendered by BB in connection with this category were in connection with representing the Trustee in the negotiations for the sale of the Debtor's property. BB researched the debtor's interest in the property and any liens against the property. BB began negotiating with the Debtors for the sale of the Property but the Debtors didn't have the funds to purchase the property. After the Debtors advised the Trustee that they didn't have the funds to purchase the property, BB began the process of listing the property for sale. As the Trustee began listing the property for sale, the Debtors advised the Trustee of an inheritance that was due to Ms. Dodge. BB reopened negotiations with the Debtors and the Trustee agreed to sell the property back to the Debtors for $10,000.00. BB prepared a Motion to Sell the Mobile Home and Lot back to the Debtors and presented the Motion in Court. BB assisted the Trustee in collecting the funds from the sale of the Mobile home and Lot.

In connection with this category, BB has expended 9.20 hours of services for which the value of those services is $1,918.50.

3

## Compensation Requested

10.    In connection with the foregoing services described and categorized in paragraph nine above, BB spent 15.60 hours of service with a value of $3,562.00. BB seeks an allowance and payment of final compensation in the amount of $3,562.00.

11.    All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two attorneys (or attorney and paralegal) participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.    The rates charged by the attorneys and paralegals of BB in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

## Payment of Compensation

13.    BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation to be received by BB for services rendered to the Trustee in connection with this case.

14.    BB has not previously received or been promised any payments for services rendered incurred in this case.

## Status of the Case

15.    The Trustee has administered all of the assets belonging to this Estate and

4

Case 14-26175   Doc 63   Filed 01/19/17   Entered 01/19/17 15:40:15   Desc Main
Document      Page 6 of 21

completed her review and analysis of the claims filed against the Estate.

16.    Trustee has completed and filed her Final Report simultaneously herewith. The Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

17.    Trustee currently has approximately $10,000.00 on deposit in the Estate's bank account. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with her final fee application, 2) the legal fees allowed to Baldi Berg Ltd. in connection with this final fee application, and 3) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

18.    Following payment of all chapter 7 administrative expenses set forth above, Trustee anticipates that there will be only sufficient funds to make a partial distribution to general unsecured creditors.

### Trustee's Approval

19.    BB certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A.    Allowing to Baldi Berg, Ltd. final compensation in the amount of $3,562.00 for actual and necessary professional services rendered to the Trustee from June 5, 2015 through the closing of this case;

B.    Authorizing the Trustee to pay the amounts awarded from the funds in the case as part of her final distribution; and

C.    For such other and further relief as this Court deems appropriate.

5

Dated:  January 11, 2017

Baldi Berg, Ltd.

**Attorneys for Elizabeth C. Berg, as trustee of the
estate of Alan M. & Sherri L. Dodge, debtors**

By:_____/s/_____
        Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL  60602
312.726.8150

**Baldi Berg, Ltd.**
**Final Fee Application**

**Alan M. & Sherri L. Dodge, Debtors**
**Case No. 14-26175**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-26175 |
| Alan & Sherri Dodge, | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Alan & Sherri Dodge, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: June 05, 2015

**Prepared by:**

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL 60602
312.726.8150

**Baldi Berg, Ltd.**
**Final Fee Application**

**Alan M. & Sherri L. Dodge, Debtors**
**Case No. 14-26175**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg, Ltd., a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois.    Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She has participated in the regional CARE program and delivered credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**
**Final Fee Application**

**Alan M. & Sherri L. Dodge, Debtors**
**Case No. 14-26175**

**Billing Statements**

**Exhibit C**

# Baldi Berg, Ltd.
## 20 N. Clark Street
## Suite 200
## Chicago, IL 60602

**Phone:** (312) 726-8150
**Fax:**    (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

December 29, 2016
Invoice No:    02800

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **Dodge - General Administration** | | | | | | | |
| | 8.10 | $1,643.50 | $0.00 | $1,643.50 | $0.00 | $0.00 | $1,643.50 |
| **Dodge - Sale of Woodsmoke Ranch** | | | | | | | |
| | 7.50 | $1,918.50 | $0.00 | $1,918.50 | $0.00 | $0.00 | $1,918.50 |

Balance Due    $3,562.00

# Baldi Berg, Ltd

Dodge - General Administration

12/29/2016

Page    2

**In Reference to:** *Dodge - General Administration*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/06/2016 | JDL | TCs to probate attorney re: status of distribution of inheritance. | 0.20 $275.00/ hr | $55.00 |
| 5/06/2016 | JDL | Review claims, status of mortgages. | 0.70 $275.00/ hr | $192.50 |
| 6/01/2016 | JDL | Review probate docket for status of case. | 0.20 $275.00/ hr | $55.00 |
| 6/02/2016 | JDL | Draft letter to probate attorney requesting status of distribution of inheritance. | 0.20 $275.00/ hr | $55.00 |
| 11/29/2016 | JMM | Draft Motion to Value Secured Claim at $0 re: claim filed by Fifth Third Mortgage Company (1.5) | 1.50 $185.00/ hr | $277.50 |
| 12/02/2016 | JMM | Revise and finalize Motion to Value Secured Claim at $0 | 0.90 $185.00/ hr | $166.50 |
| 12/16/2016 | ECB | Court appearance to present Motion to Value Secured Claim at zero | 0.20 $325.00/ hr | $65.00 |
| 12/28/2016 | JMM | Prepare BB Fee Application (1.5); Coversheet, proposed order and affidavit (.3); Review and edit same (.4) | 2.20 $185.00/ hr | $407.00 |
| 12/29/2016 | JMM | Draft Motions (1.2)  Affidavits (.3) and proposed orders to hire attys and accts for estate (.5) | 2.00 $185.00/ hr | $370.00 |

Total Fees    $1,643.50

# Baldi Berg, Ltd

Dodge - General Administration

12/29/2016

Page    3

|  | | |
|---|---|---|
| Total New Charges | | $1,643.50 |
| Previous Balance | | $0.00 |
| Balance Due | | $1,643.50 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.20 | $325.00 |
| Julia D Loper | 1.30 | $275.00 |
| Jason M Manola | 6.60 | $185.00 |
| | 8.1 | |

# Baldi Berg, Ltd

12/29/2016

Page    4

Dodge - Sale of Woodsmoke Ranch

---

**In Reference to:**    *Dodge - Sale of Woodsmoke Ranch*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/29/2015 | RKP | Review email from Trustee re: market analysis from Woodsmoke ranch broker (.1); phone call with Sharon at Woodsmoke re: same and possible listing of property (.1) | 0.20 $195.00/ hr | $39.00 |
| 6/03/2015 | RKP | Phone conference with Trustee re: sale of Woodsmoke property and debtor's offer to purchase (.2); phone call to Sharon at Woodsmoke re: disposition of property (.1) | 0.30 $195.00/ hr | $58.50 |
| 7/06/2015 | JDL | Commence drafting motion to sell estate's interest in Woodsmoke ranch to Debtors. | 1.20 $275.00/ hr | $330.00 |
| 7/07/2015 | JDL | Continue drafting motion to sell property at Woodsmoke Ranch to debtors (.7) Research current assignee of mortgage for notice of motion (.3) TC to D. Parsons, probate attorney re: availability of funds (.1) | 1.10 $275.00/ hr | $302.50 |
| 7/08/2015 | JDL | Prep Rule 2002 Notice to Creditors re: motion to sell mobile home and lot at Woodsmoke Ranch to Debtors (1.1) TC from probate attorney re: date of anticipate distribution from Estate, should be received by closing date of Sept 30. (.2) | 1.30 $275.00/ hr | $357.50 |
| 7/31/2015 | ECB | Travel to Geneva and court appearance to present Motion to Sell Woodsmoke Ranch property back to debtors | 0.50 $325.00/ hr | $162.50 |
| 8/03/2015 | RKP | Review email from TR re: sale of Woodsmoke Ranch (.1); phone call to Sharon T. at Woodsmoke Realty re: possible damage to lot or trailer (.1) | 0.20 $195.00/ hr | $39.00 |
| 8/04/2015 | JDL | Review correspondence to Debtor drafted by RKP (.1) Review claims filed to date (.1) | 0.20 $275.00/ hr | $55.00 |

# Baldi Berg, Ltd

12/29/2016

Dodge - Sale of Woodsmoke Ranch

Page    5

| | | | | |
|---|---|---|---|---|
| 8/04/2015 | RKP | Review order approving sale of Woodsmoke Ranch (.1); draft letter to B. Covey re: order and terms of closing for sale of property (.3) | 0.40<br>$195.00/ hr | $78.00 |
| 9/21/2015 | JDL | Cf w/ ECB re: status of payment, next steps. | 0.20<br>$275.00/ hr | $55.00 |
| 1/14/2016 | JDL | Cf w/ ECB re: status of payments, inquire as to status of probate estate | 0.10<br>$275.00/ hr | $27.50 |
| 1/15/2016 | JDL | Review file and TCMS re: agreement and payments received (installments) (.2) Email to B. Covey re: status of same, late payments (.1) | 0.30<br>$275.00/ hr | $82.50 |
| 1/25/2016 | JDL | Cf w/ ECB re: status of payments, response from debtor's counsel (.1) TC to B. Covey's office re: payments (.1) | 0.20<br>$275.00/ hr | $55.00 |
| 1/27/2016 | JDL | Cf w/ ECB re: response of debtor's counsel re: status of payments. | 0.10<br>$275.00/ hr | $27.50 |
| 6/08/2016 | JDL | Draft email to debtor's counsel re: status of funds, delay in probate administration, next steps. | 0.30<br>$275.00/ hr | $82.50 |
| 9/29/2016 | JMM | Review case file for information regarding sale of property to debtors (.2), Draft Report of Sale re - Mobile Home and Lot sold back to Debtors (.7) | 0.90<br>$185.00/ hr | $166.50 |

|  |  |
|---|---|
| Total Fees | $1.918.50 |
| Total New Charges | $1,918.50 |
| Previous Balance | $0.00 |
| Balance Due | $1,918.50 |

# Baldi Berg, Ltd

12/29/2016

Page    6

Dodge - Sale of Woodsmoke Ranch

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.50 | $325.00 |
| Julia D Loper | 5.00 | $275.00 |
| Jason M Manola | 0.90 | $185.00 |
| Ricki K Podorovsky | 1.10 | $195.00 |
| | 7.50 | |

**Baldi Berg, Ltd.**
**Final Fee Application**

**Alan M. & Sherri L. Dodge, Debtors**
**Case No. 14-26175**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-26175 |
| Alan M. & Sherri L. Dodge, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| | ) | |
| Debtors. | ) | |

**Rule 2016 Affidavit**

State of Illinois     )
County of Cook      )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.      I am a shareholder of Baldi Berg, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2.      I have read the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered or expenses incurred in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered or expense reimbursement to be received for actual expenses incurred in connection with this matter, except among the principals and associates of Baldi Berg, Ltd and to the extent of the voluntary reduction in the request for compensation, as more fully set forth in the Application.

5.      Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
this 30th day of December, 2016

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit D**