UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alan M. Dodge, | ) | Case No. 14 B 26175 |
| Sherri L. Dodge, | ) | |
| | ) | |
| Debtors. | ) | Honorable Judge Janet S. Baer |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

     PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on April 6, 2017 **(Document #68)** is withdrawn.   It is withdrawn because the Wrong PDF was filed.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

### CERTIFICATE OF SERVICE

     I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on April 10, 2017, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on April 10, 2017.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Elizabeth C. Berg
bergtrustee@baldiberg.com

Dana O'Brien
Dana.obrien@mccalla.com

Bradley S. Covey
Bradley.covey@gmail.com

**Parties Served via First Class Mail:**

**Alan M. Dodge**
**Sherri L. Dodge**
1385 Spencer Lane
Batavia, IL 60510