UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
DODGE, ALAN M §  Case No.  14-26175
DODGE, SHERRI L §
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $158,088.00                    Assets Exempt: $19,031.00
(Without deducting any secured claims)

Total Distributions to Claimants: $2,335.78        Claims Discharged
                                                  Without Payment: $793.00

Total Expenses of Administration: $5,055.09

3) Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $2,609.13 (see **Exhibit 2**), yielded net receipts of $7,390.87 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $213,018.00 | $106,635.98 | $0.00 | $0.00 |
| PRIORITY CLAIMS:<br>CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $8,033.27 | $8,033.27 | $5,055.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $69,793.00 | $68,011.90 | $2,329.06 | $2,335.78 |
| **TOTAL DISBURSEMENTS** | $282,811.00 | $182,681.15 | $10,362.33 | $7,390.87 |

4) This case was originally filed under chapter 7 on 07/16/2014, and it was converted to chapter 7 on 03/27/2015. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9.**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    03/27/2017                    By :    /s/ Elizabeth C Berg

Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Property/Woodsmore, Seneca, IL. | 1110-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| DODGE, ALAN M & DODGE, | Disb of 100.00% to Claim #9999 | 8200-002 | $2,609.13 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $2,609.13 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00000 | FIFTH THIRD MORTGAGE | 4110-000 | $106,509.00 | $106,635.98 | $0.00 | $0.00 |
| | Fifth Third Mortgage Company | | $106,509.00 | NA | NA | $0.00 |
| | First American Bank C/O | | NA | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $213,018.00 | $106,635.98 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3110-000 | NA | $3,562.00 | $3,562.00 | $3,562.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $4.00 | $4.00 | $4.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $4,467.27 | $4,467.27 | $1,489.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $8,033.27 | $8,033.27 | $5,055.09 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | PORTFOLIO RECOVERY | 7100-000 | $2,000.00 | $2,329.06 | $2,329.06 | $2,335.78 |
| 000001 | FIRST AMERICAN BANK | 7100-000 | $67,000.00 | $65,682.84 | $0.00 | $0.00 |
| | Dryer Medical C/O Malcolm & | | $773.00 | NA | NA | $0.00 |
| | Orchard Bank C/O Portfolio | | $20.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $69,793.00 | $68,011.90 | $2,329.06 | $2,335.78 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 14-26175 | |
| **Case Name:** DODGE, ALAN M | |
| DODGE, SHERRI L | |
| **For Period Ending:** 03/27/2017 | |

**Judge:** Janet S. Baer

**Trustee Name:** Elizabeth C Berg
**Date Filed (f) or Converted (c):** 03/27/2015 (c)
**341(a) Meeting Date:** 04/27/2015
**Claims Bar Date:** 08/28/2015

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | residence/1385 Spencer Lane, Batavia, IL. 60510 | 158,088.00 | | | | FA |
| 2. | Property/Woodsmore, Seneca, IL. | 50,000.00 | 33,000.00 | | 10,000.00 | FA |
| 3. | Cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 4. | checking W/Chase #8261 | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. | savings W/Chase #3985 | 50.00 | 0.00 | | 0.00 | FA |
| 6. | misc. household goods & furnshings | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. | misc. wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 8. | misc. Jewelry | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. | 401(K) | 8,491.00 | 0.00 | | 0.00 | FA |
| 10. | 2006 Nissan Altima (152,000 miles) | 2,374.00 | 0.00 | | 0.00 | FA |
| 11. | 2003 Nissan Sentra | 1,396.00 | 0.00 | | 0.00 | FA |
| 12. | INHERITANCE (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | 227,119.00 | 33,000.00 | | 10,000.00 | 0.00 |

Re Prop. #2   Trustee obtained court authority to sell equity back to Debtors for $10,000.00 per order 7/31/15 [dkt 54]
Re Prop. #12   Trustee investigated the Estate's interest in an inheritance to which the Debtors became entitled after the filing of the ch. 13 bankruptcy petition but before the conversion of the case to chapter 7.  Trustee determined that the Estate has no interest in the post-petition inheritance.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**Exhibit 8**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No:  **14-26175**
Case Name:  **DODGE, ALAN M**
**DODGE, SHERRI L**
For Period Ending:  **03/27/2017**

Judge:  **Janet S. Baer**

Trustee Name:  **Elizabeth C Berg**
Date Filed (f) or Converted (c):  **03/27/2015 (c)**
341(a) Meeting Date:  **04/27/2015**
Claims Bar Date:  **08/28/2015**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**March 27, 2017:** Trustee disbursed funds pursuant to Court Order. All checks have cleared and the Trustee is submitting her Final Report to the UST for approval. Case will close once report approved and filed.

**December 27, 2016:** Trustee recently obtained an Order Valuing Secured Claim No. 2 at Zero. Trustee has prepared her Final Report and will submit to the UST for approval. Trustee will disburse funds once approved by this Court.

**October 15, 2016:** Trustee working to resolve claims issues with residential mortgagees and attending to tax matters; upon resolution, Trustee will close case

**August 10, 2016:** TR collected remaining lump sum; will review claims and close case.

**July 5, 2016:**  Trustee has been collecting installment payments from Debtors.  Per Debtors' attorney, Debtors are preparing to make lump sum payoff.

**October 9, 2015:** Case was converted from chapter 13 to chapter 7 on March 27, 2015.  Trustee identified equity in the Debtor's mobile home and retained a broker to list the real property for sale.  Shortly thereafter, Trustee determined that the inheritance was not property of the Estate but provided Debtors with funds available to purchase the equity in the mobile home. Trustee negotiated with the Debtors to purchase the equity and pursuant to this Court's order obtained authority to sell the Estate's interest in the mobile home to the Debtors for $10,000.  Subsequent to the entry of the order, the Trustee received information from the probate estate that the distribution on the inheritance would be delayed.  Trustee negotiated with the Debtors to collect  installments until the inheritance is released (expected early 2016).  Once Trustee recovers the full value of the purchase price for the sale of the mobile home, she will review claims, attend to tax matters and prepare her TFR.

Initial Projected Date of Final Report(TFR) : 09/30/2016          Current Projected Date of Final Report(TFR) :  12/30/2016

Trustee's Signature      /s/Elizabeth C Berg        Date:  03/27/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**Exhibit 8**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **14-26175** | Trustee Name: **Elizabeth C Berg** |
| Case Name: **DODGE, ALAN M** | Bank Name: **Associated Bank** |
| **DODGE, SHERRI L** | Account Number/CD#: **\*\*\*\*\*\*6575 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*5139** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **3/27/2017** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/21/2015 | [2] | CHASE - CASHIER'S CHECK | INSTALLMENT PYMT - WOODSMOKE PROP  per order [dkt 54] | 1110-000 | 200.00 | | 200.00 |
| 11/17/2015 | [2] | CHASE - CASHIER'S CHECK | INSTALLMENT PYMT - WOODSMOKE PROP  per order [dkt 54] | 1110-000 | 200.00 | | 400.00 |
| 02/16/2016 | [2] | CHASE BANK - CASHIER'S CHECK ALAN DODGE 1385 SPENCER LANE BATAVIA , IL 60510 | INSTALLMENT PYMT - WOODSMOKE PROP  per order [dkt 54] | 1110-000 | 50.00 | | 450.00 |
| 03/17/2016 | [2] | CHASE BANK - CASHIER'S CHECK ALAN DODGE 1385 SPENCER LANE BATAVIA , IL 60510 | INSTALLMENT PYMT - WOODSMOKE PROP  per order [dkt 54] | 1110-000 | 50.00 | | 500.00 |
| 04/20/2016 | [2] | CHASE BANK - CASHIER'S CHECK ALAN DODGE 1385 SPENCER LANE BATAVIA , IL 60510 | INSTALLMENT PYMT - WOODSMOKE PROP  per order [dkt 54] | 1110-000 | 50.00 | | 550.00 |
| 05/18/2016 | [2] | CHASE BANK - CASHIER'S CHECK ALAN DODGE 1385 SPENCER LANE BATAVIA , IL 60510 | INSTALLMENT PYMT - WOODSMOKE PROP  per order [dkt 54] | 1110-000 | 50.00 | | 600.00 |
| | | | Page Subtotals | | 600.00 | 0.00 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | **14-26175** | | | Trustee Name: | **Elizabeth C Berg** | |
| Case Name: | **DODGE, ALAN M** | | | Bank Name: | **Associated Bank** | |
| | **DODGE, SHERRI L** | | | Account Number/CD#: | ********6575 Checking Account** | |
| Taxpayer ID No: | **\*\*-\*\*\*5139** | | | Blanket bond (per case limit): | **5,000,000.00** | |
| For Period Ending: | **3/27/2017** | | | Separate bond (if applicable): | **0.00** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/20/2016 | [2] | CHASE BANK - CASHIER'S CHECK ALAN DODGE 1385 SPENCER LANE BATAVIA, IL 60510 | INSTALLMENT PYMT - WOODSMOKE PROP  per order [dkt 54] | 1110-000 | 50.00 | | 650.00 |
| 07/11/2016 | [2] | CHASE BANK - CASHIER'S CHECK | FINAL PYMT - WOODSMOKE PROP per order [dkt 54] | 1110-000 | 9,350.00 | | 10,000.00 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 650.00 | 9,350.00 |
| 07/20/2016 | | Trustee Transfer to new acount | Transfer of remaining funds to Texas Capital Bank Cashier's Check issued by Associated Bank | 9999-000 | | 9,350.00 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 9,400.00 | 10,000.00 |
| **COLUMN TOTALS** | 10,000.00 | 10,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 10,000.00 |
| **SUBTOTALS** | 10,000.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 10,000.00 | 0.00 |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | **14-26175** | |
| Case Name: | **DODGE, ALAN M** | |
| | **DODGE, SHERRI L** | |
| Taxpayer ID No: | **\*\*-\*\*\*5139** | |
| For Period Ending: | **3/27/2017** | |

| | |
|---|---|
| Trustee Name: | **Elizabeth C Berg** |
| Bank Name: | **Texas Capital Bank** |
| Account Number/CD#: | **\*\*\*\*\*\*5088 Checking Account** |
| Blanket bond (per case limit): | **5,000,000.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 650.00 | | 650.00 |
| 07/20/2016 | | Associated Bank<br>300 N La Salle Street<br>Chicago, IL 60601 | Funds Transferred from TR's prior bank | 9999-000 | 9,350.00 | | 10,000.00 |
| 02/14/2017 | 5001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2100-000 | | 1,489.09 | 8,510.91 |
| 02/14/2017 | 5002 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2200-000 | | 4.00 | 8,506.91 |
| 02/14/2017 | 5003 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 3,562.00 | 4,944.91 |
| 02/14/2017 | 5004 | DODGE, ALAN M & DODGE, SHERRI L<br>2840 Crescent Oak Ln<br>Aurora, IL 60502 | Disb of 100.00% to Claim #9999<br>Debtor Refund | 8200-002 | | 2,609.13 | 2,335.78 |
| | | | Page Subtotals | | 10,000.00 | 7,664.22 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **14-26175**
Case Name: **DODGE, ALAN M**
**DODGE, SHERRI L**
Taxpayer ID No: **\*\*-\*\*\*5139**
For Period Ending: **3/27/2017**

Trustee Name: **Elizabeth C Berg**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*5088 Checking Account**
Blanket bond (per case limit): **5,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/14/2017 | 5005 | PORTFOLIO RECOVERY ASSOCIATES, LLC successor to CAPITAL ONE BANK (USA), N.A PO Box 41067 Norfolk , VA 23541 | Disb of 100.29% to Claim #000003 | | | 2,335.78 | 0.00 |
| | | | (2,329.06) | 7100-000 | | | |
| | | | (6.72) | 7990-000 | | | |

|  | Page Subtotals | 0.00 | 2,335.78 |
|---|---|---|---|

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 10,000.00 | 10,000.00 |
| Less:Bank Transfer/CD's | 10,000.00 | 0.00 |
| **SUBTOTALS** | 0.00 | 10,000.00 |
| Less: Payments to Debtors | | 2,609.13 |
| **Net** | 0.00 | 7,390.87 |

| All Accounts Gross Receipts: | 10,000.00 |
|---|---|
| All Accounts Gross Disbursements: | 10,000.00 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| \*\*\*\*\*\*6575 Checking Account | 10,000.00 | 0.00 | |
| \*\*\*\*\*\*5088 Checking Account | 0.00 | 10,000.00 | |
| **NetTotals** | 10,000.00 | 10,000.00 | 0.00 |

**Exhibit 9**